## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MOHAMMED AL-ADAHI,** *et al.*, | **:** | |
| | **:** | |
| **Petitioners,** | **:** | |
| | **:** | |
| **v.** | **:** | **Civil Action No. 05-280 (GK)** |
| | **:** | |
| **BARACK H. OBAMA,** *et al.*, | **:** | |
| | **:** | |
| **Respondents.** | **:** | |

### ORDER

On September 3, 2010, the Court of Appeals issued its Mandate in this case reversing and remanding this Court's Opinion of August 21, 2009, 2009 WL 2584685, with instructions to deny Appellant's Petition for a Writ of Habeas Corpus.

**WHEREFORE**, it is this 14th day of September, 2010, hereby

**ORDERED**, that if any party has any objection to this Court dismissing the Petition for Writ of Habeas Corpus, such objection shall be filed no later than **September 25, 2010**.


　　　　　　　　　　 /s/ 　　　　　　　　　　　　
　　　　　　　　　　 Gladys Kessler
　　　　　　　　　　 United States District Judge


**Copies via ECF to all counsel of record**